# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

The Johns Hopkins Health System Corporation, et al.

Plaintiff,

v.

Case No.: 1:25−cv−09075

Honorable Matthew F. Kennelly

Claritev Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: The motion to withdraw by attorney James P. Mooney [107] is granted. The Clerk is directed to terminate attorney James Pierce Mooney, IV from the docket. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.